■ In the Matter of LARRY MILLER, Appellant, v CITY OF NEW YORK BOARD OF ELECTIONS et al., Respondents.—Judgment, Supreme Court, New York County (Martin Evans, J.), entered on or about August 20, 1991, unanimously affirmed for the reasons stated by Martin Evans, J. as to defective service and further for the failure to allege any fraud with specificity. (CPLR 3016 [b].) No opinion. Concur—Carro, J. P., Wallach, Kupferman and Rubin, JJ.

■ In the Matter of JUSTO CANCELA, Appellant, v ROSA FALU et al., Respondents. In the Matter of RAFAEL C. COLON, Petitioner, v JUSTO CANCELA et al., Respondents.—Judgment, Supreme Court, Bronx County (Fred W. Eggert, J.), entered on August 26, 1991, unanimously reversed, on the law and the facts, without costs or disbursements, to the extent of remanding for a further hearing addressed to the individual validity of any of the signatures collected by Ana Cancela. We do not concur with the hearing court's determination that the error recurring in this witness' attestation by which she designated an erroneous election district, is sufficient, standing alone, to invalidate her six petition sheets in toto. No opinion. Concur— Carro, J. P., Wallach, Kupferman and Rubin.